DEANNA L. FORBUSH, ESQ. (NSBN 6646)
BERT WUESTER JR., ESQ. (NSBN 5556)
**MORRIS POLICH & PURDY LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:   (702) 862-8300
Facsimile:   (702) 862-8400
Emails:   DForbush@mpplaw.com
         BWuester@mpplaw.com
Attorneys for Defendants, CERIDA INVESTMENT CORP. and ANSWERNET, INC.

RYAN ALEXANDER, ESQ. (NSBN 10845)
**RYAN ALEXANDER, CHTD.**
3017 W. Charleston Boulevard, Suite 58
Las Vegas, Nevada 89102
Telephone:   (702) 868-3311
Facsimile:   (702) 822-1133
Email:   ryan@ryanalexander.us
Attorneys for Plaintiff, WILLIAM KENTROS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM KENTROS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CERIDA INVESTMENT CORP., a Pennsylvania Corporation; ANSWERNET, INC., a Delaware Corporation, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   2:16-cv-00667-RFB-VCF<br><br>**JOINT STIPULATION REGARDING REFERRAL TO MAGISTRATE JUDGE CARL W. HOFFMAN FOR EARLY NEUTRAL EVALUATION** |

Plaintiff, WILLIAM KENTROS ("Plaintiff"), by and through his counsel, Ryan Alexander, Esq. of the law firm Ryan Alexander, Chtd., and Defendants, CERIDA INVESTMENT CORP. and ANSWERNET, INC. ("Defendants"), by and through their counsel, Deanna L. Forbush, Esq. and Bert Wuester, Esq. of the law firm Morris Polich & Purdy LLP,

1 hereby jointly request that this matter be referred to Magistrate Judge Carl W. Hoffman for an
2 Early Neutral Evaluation ("ENE") in this instant action due to its relationship to a matter
3 previously assigned to Magistrate Judge Hoffman: Michelle Williams vs. Cerida Investment Corp.
4 and Answernet, Inc., Case No. 2:16-cv-00284-JAD-GWF.

| RYAN ALEXANDER, CHTD. | MORRIS POLICH & PURDY LLP |
|---|---|
| By: /s/ Ryan Alexander | By: /s/ Bert Wuester  6-27-16 |
| Ryan Alexander, Esq. | Deanna L. Forbush, Esq. |
| Nevada Bar No. 10845 | Nevada Bar No. 6646 |
| 3017 W. Charleston Boulevard, Suite 58 | Bert E. Wuester, Esq. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 5556 |
| Attorneys for Plaintiffs | 3800 Howard Hughes Parkway, Suite 500 |
| | Las Vegas, Nevada 89196 |
| | Attorney for Defendants |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: July 19, 2016.

H:\WDDOCS\ZDLF\ZDLF\LV205967.DOC