DEANNA L. FORBUSH, ESQ. (NSBN 6646)
BERT WUESTER, ESQ. (NSBN 5556)
**MORRIS POLICH & PURDY, LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:   (702) 862-8300
Facsimile    (702) 862-8400
Emails:      DForbush@mpplaw.com
             BWuester@mpplaw.com

Attorneys for Defendants, CERIDA INVESTMENT CORP. and ANSWERNET, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM KENTROS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CERIDA INVESTMENT CORP., a Pennsylvania Corporation; ANSWERNET, INC., a Delaware Corporation, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.:   **2:16-cv-00667-RFB-VCF**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND MOTION FOR WAIVER OF APPEARANCE** |

Pursuant to Defendants' Motion for Waiver of Appearance, and for good cause shown,

**IT IS HEREBY ORDERED**, that Defendants' Second Motion for Waiver of Appearance is **GRANTED**, and Defendants' Corporate Attorney and Representative, Judy Weber, will be permitted to appear telephonically at the September 22, 2016 Early Neutral Evaluation session.

DATED this 13 __ day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE